# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony A Berger,<br><br>        Plaintiff,<br><br>v.<br><br>Mike Shopa, et al.,<br><br>        Defendants. | No. CV-24-00262-TUC-RCC (EJM)<br><br>**ORDER** |

On December 31, 2024, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court deny Defendants Cochise County and Judge Trevor Ward's Motion to Strike Plaintiff's Improper Sur-Reply (Doc. 33), grant Defendants' Motion to Dismiss (Doc. 25), and dismiss Plaintiff's Complaint with leave to amend. (Doc. 36.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. The time has passed, and no objections have been filed.

The standard of review of a magistrate judge's R&R is dependent upon whether a party objects: where there is no objection to a magistrate's factual or legal determinations, the district court need not review the decision "under a *de novo* or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, when a party objects, the district court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the

magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Moreover, "while the statute does not require the judge to review an issue de novo if no objections are filed, it does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Complaint (Doc. 1), Defendants' Motion to Dismiss (Doc. 25), Plaintiff's responses (Doc. 29, 32), Defendants' reply (Doc. 31), Defendants' Motion to Strike Plaintiff's Improper Sur-Reply (Doc. 33), Plaintiff's response (Doc. 34), Defendants' reply (Doc. 35), and the R&R (Doc. 36). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions.

Accordingly, IT IS ORDERED:

1) Magistrate Judge Markovich's Report and Recommendation is ADOPTED. (Doc. 36.)

2) Defendants Cochise County and Judge Trevor Ward's Motion to Strike Plaintiff's Improper Sur-Reply is DENIED. (Doc. 33.)

3) Defendants' Motion to Dismiss is GRANTED. (Doc. 25.) The case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 23rd day of January, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge